```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant United States Attorneys
   United States Courthouse
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for
7   the United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1: 12-cr-0110 AWI/DLB |
| Plaintiff, | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION; PROTECTIVE ORDER RE: SAME |
| v. | |
| TONYA ANN COLLINS, | |
| Defendant. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of private personal information regarding third parties and victims (both adults and minors), including but not limited to their names, dates of birth, medical records, Social Security numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

Stipulation Between the United States and Defendant Regarding Production of Protected Information; Protective Order Re: Same

-1-

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant TONYA ANN COLLINS, by and through her counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Stanley A. Boone, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of her attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the

Stipulation Between the United States and Defendant Regarding Production of Protected Information; Protective Order Re: Same

-2-

property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: April 26, 2012          By: /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney


DATED: April 26, 2012          By: /s/ Peggy Sasso
                                        JEREMY S. KROGER
                                        PEGGY SASSO
                                        Attorney for Defendant
                                        TONYA ANN COLLINS

IT IS SO ORDERED.

Dated:   April 27, 2012
                                CHIEF UNITED STATES DISTRICT JUDGE

Stipulation Between the United States and Defendant Regarding Production of Protected Information; Protective Order Re: Same

-3-