| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | PEGGY SASSO, Bar #228906 |
| | Assistant Federal Defender |
| 3 | JEREMY KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 4 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 5 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 6 | |
| | Attorney for Defendant |
| 7 | TONYA ANN COLLINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0110 AWI |
| | ) | |
| *Plaintiff,* | ) | WAIVER OF DEFENDANT'S PERSONAL |
| | ) | PRESENCE; ORDER THEREON |
| v. | ) | |
| | ) | |
| TONYA ANN COLLINS, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
|  | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Tonya Ann Collins, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

///

///

///

| | |
|---|---|
| DATED: August 27, 2012 | */s/ Tonya Ann Collins*<br>TONYA ANN COLLINS |
| DATED: August 27, 2012 | */s/ Peggy Sasso*<br>PEGGY SASSO<br>JEREMY KROGER<br>Assistant Federal Defenders<br>Attorneys for Tonya Ann Collins |

# **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **August 28, 2012**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE