HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
JEREMY S. KROGER, Bar #258956
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TONYA ANN COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0110 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| v. | ) | RESTITUTION HEARING;  ORDER |
| | ) | |
| TONYA ANN COLLINS, | ) | Date:   September 9, 2013 |
| | ) | Time:   1:30 p.m. |
| Defendant. | ) | Judge:  Hon. Anthony W. Ishii |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

respective attorneys of record, that the restitution hearing currently set for Monday, July 29, 2013, **may be**

**continued to September 9, 2013 at 1:30 p.m.**

The reason for this continuance is that the parties have narrowed the scope of the remaining

dispute and defense now needs to issue subpoenas to the remaining claimants.  The requested continuance

is intended to provide the claimants sufficient time to respond to the subpoenas.  It should be noted that

restitution has been ordered, and that the only issue remaining is the exact amount of restitution.

Defendant agrees that she will not dissipate any assets pending the continued hearing, and the defendant

agrees there is no prejudice to her from the continuance.  This continuance will conserve time and

resources for both parties and the court.

/ / /

/ / /

BENJAMIN B. WAGNER
United States Attorney

DATED:   July 25, 2013          By      /s/ *Kirk E. Sherriff*
                                        KIRK E. SHERRIFF
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED:   July 25, 2013          By      /s/ *Peggy Sasso*
                                        PEGGY SASSO
                                        JEREMY S. KROGER
                                        Assistant Federal Defenders
                                        Attorneys for Defendant
                                        TONYA ANN COLLINS


**ORDER**

IT IS SO ORDERED.

Dated:   July 25, 2013

_____
SENIOR  DISTRICT  JUDGE